**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
CATHERINE TINELLI, *individually and on behalf of*
*all others similarly situated*,

                              Plaintiff,

        -against-

COSTCO WHOLESALE CORPORATION.,

                             Defendant.
------------------------------------ x

ORDER

20 Civ. 2983 (GBD)

GEORGE B. DANIELS, United States District Judge:

       The January 27, 2021 initial conference is canceled. Oral argument on Defendant's motion to dismiss, (ECF No. 20), is scheduled for March 3, 2021 at 10:30 am.

Dated: New York, New York
       January 7, 2021

                                     SO ORDERED.

                                     *George B. Daniels*
                                   GEORGE B. DANIELS
                                   United States District Judge