**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

CATHERINE TINELLI, *individually and on behalf of all others similarly situated*,

                              Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION.,

                              Defendant.

------------------------------------- x

ORDER

20 Civ. 2983 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendant's motion to dismiss, (ECF No. 20), is adjourned from March 3, 2021 to March 24, 2021 at 10:30 am.

Dated: New York, New York
       January 26, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge