**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
CATHERINE TINELLI, *individually and on behalf of all others similarly situated*,

                         Plaintiff,

       -against-

COSTCO WHOLESALE CORPORATION.,

                        Defendant.
------------------------------------- x

ORDER

20 Civ. 2983 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendant's motion to dismiss, (ECF No. 20), is adjourned from March 24, 2021 to March 25, 2021 at 11:00 am.

Dated: New York, New York
       March 24, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge